AO 442 (Rev. 11/11) Arrest Warrant  FID 579676
(DC 6/6-16)

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **RECEIVED** By USMS District of Columbia District Court at 2:28 pm, Sep 06, 2024 |
| | ) | Case No.  0090 1:17CR00194-001 |
| David Thomas | ) | |
| | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* David Thomas

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:


Date: 9/6/04

City and State: Washington, DC

_____
*Issuing Officer's Signature*

RANDOLPH D. MOSS, USDJ
*Printed Name and Title*

### Return

This warrant was received on *(date)* 9/6/24, and the person was arrested on *(date)* 9/17/24
at *(city and state)* DC

Date: 9/17/24

_____
*Arresting Officer's Signature*

Tre'o DVSM
*Printed Name and Title*

This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender:  David Thomas

Known aliases:  Abdullah Maliek Abe

Last known residence:
- 9023 Annapolis Road
  Rm 223
  Lanham, MD 20706

Prior addresses to which defendant/offender may still have ties:
9023 Annapolis Road
Lanham, MD 20706

Last known employment:  Wayne Lawn Service and Hauling

Last known telephone numbers:  (240) 416-8861

| | |
|---|---|
| Place of birth: Washington, D.C. | Date of Birth: July 21, 1977 |
| Social Security Number: 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 | FBI Number: 612437DB7 |
| Height: 6' 0" | Weight: 195 lbs. |
| Sex: Male | Race: Black or African American |
| Hair: Black | Eyes: Brown |

Complete description of auto:  None

Scars, tattoos, other distinguishing marks:

N/A

History of violence, weapons, drug use:

Use of drugs (Fentanyl)

Known family, friends, and other associates
*(name, relation, address, phone number)*:

Gwendolyn Geohaghan/sister (202) 725-0191

Investigative agency and address:

United States Probation Office
333 Constitution Ave. NW, Room 2214, Washington, DC 20001

Name and telephone numbers (office and cell) of pretrial
services or probation officer *(if applicable)*:

Sean Stallman, Senior
United States Probation Officer    202-565-1329

Date of last contact with pretrial services or probation officer *(if applicable)*:  June 12, 2024

